AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Aug 10 2021

**ARTHUR JOHNSTON, CLERK**

| | |
|---|---|
| United States of America<br>v.<br>Decorie Deshun Bates<br>a/k/a C-Murder<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:21-mj- 594 - RPM<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 8, 2021__ in the county of __Harrison__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Convicted Felon. |

This criminal complaint is based on these facts:

See affidavit attached hereto and incorporated herein

☑ Continued on the attached sheet.

_____
Complainant's signature

Adam Gibbons, Task Force Agent, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: 8-10-21

_____
Judge's signature

City and state: Gulfport, MS

Robert P. Myers, Jr., United States Magistrate Judge
Printed name and title

## Affidavit in support of a Criminal Complaint

**Defendant:**

Decorie Deshun Bates
a/k/a, "C-Murder"

Your Affiant, Adam Gibbons, being duly sworn, deposes and states the following:

I am a Task Force Agent with the United States Drug Enforcement Administration (DEA), Gulf Coast High Intensity Drug Trafficking Area Task Force (HIDTA). My parent agency is the Gulfport Police Department (GPD), where I hold the rank of Detective Sergeant in the Narcotics Division. The DEA Task Force in Gulfport, Mississippi, is made up of Special Agents from the DEA, Special Agents from Homeland Security Investigations (HSI), Agents from the Mississippi Bureau of Narcotics (MBN), and Detectives from the Police Departments of Biloxi, Harrison County, Jackson County, and Gulfport. I have been assigned to the DEA Task Force in Gulfport, Mississippi for over ten years. I have been employed by the Gulfport, Mississippi Police Department as a Police Officer since July, 2000. My primary duties at the DEA Task Force include the investigation of organized narcotics traffickers. I have participated in numerous narcotics investigations, during the course of which I have conducted or participated in physical and wire surveillances, including previous Title III investigations, undercover transactions, the introduction of undercover agents, the execution of search warrants, debriefing of informants, and reviews of taped conversations and drug records. I have also been the Affiant for multiple wire taps, search warrants, and arrest warrants. Through my training, education, and experience, I have become familiar with the manner in which illegal drugs are transported, stored, and distributed and the methods of payments for such drugs.

In addition to my narcotics training and experience, I have been through training conducted by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and the United States Attorney's Office (USAO), which focused on illegal firearms and crime gun recovery. I have also been involved in with numerous investigations involving the illegal possession of firearms by prohibited persons, the possession and use of firearms by narcotics traffickers/gang members, the firearms which affect interstate commerce. Several of these investigations have included conspiratorial relationships between multiple defendants and generally involve a series or pattern of criminal activities or multiple criminal schemes.

1. This affidavit is based on information from law enforcement agents and sources and on my examination of various reports, evidence and records. This is being submitted for the limited purpose of establishing probable cause to support issuing a criminal complaint. It does not include all the facts that have been learned during the course of this investigation.

2. Based on personal knowledge and information I received from various law enforcement sources including the Gulfport Police Department, I am aware of the following facts:

3. On Sunday August 8, 2021 the Gulfport Police Department (GPD) Uniformed Patrol Division responded to a domestic violence call involving a male armed with a handgun at a residence located in Gulfport, Mississippi. The caller stated her son's father threatened her with a handgun. The caller stated the male was named Decorie Bates and he fled with the handgun. The caller provided responding officers with a physical and clothing description of Bates along with Bates direction of travel.

4. Officers arrived in the area within minute's located and detained Bates on the side of the road. Patrol Officer also located a Ruger SR9, 9mm Handgun with Serial Number: 331-57004 on the ground in Bates proximity. Bates was later positively identified by the caller and transported to the Gulfport Police Department for further investigation. Once at the Gulfport Police Department the domestic violence caller signed a criminal affidavit against Decorie Bates for Assault by Pointing and Aiming a Firearm in violation of Mississippi Code 97-3-7(1)(a).

5. DEA Task Force Agents conducted a Miranda Interview with Decorie Bates. Bates denied ever threatening the caller with the firearm however stated he was involved in a verbal altercation with the female over a vehicle. Bates stated that he obtained the firearm from a male named "Jay" approximately 2 weeks prior to this incident. Bates stated that he paid $125.00 for the firearm and needed a firearm for protection. Bates stated that he was in fact a felon and was convicted of a burglary and credit card fraud and further stated that he "flat timed' the charges and was not on probation or parole. Bates stated he was a member of the Street Gang known as the Black Gangster Disciples and that he was a frequent user of alcohol and cocaine. Bates stated he last used cocaine a day prior to this incident.

6. Agents obtained a certified court abstract for the Harrison County Mississippi Criminal Court verifying that Decorie Bates was a felon charged and convicted of Burglary of a Dwelling and Credit Card Fraud under Harrison County Criminal Matter B-2401-2013 and B-2401-2014-656 and sentenced to 5 years in custody of the Mississippi Department of Corrections.

7. Based upon my training and experience and consultation with Special Agents at ATF, I know that the above firearms were not manufactured in the state of Mississippi. Therefore, these firearms have moved in or affecting interstate commerce to be in Mississippi.

8. The amended Gun Control Act of 1968 (GCA), defines "firearm" to include- "…any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive… [and] …the frame or receiver of any such weapon…" (See 18 U.S.C. 921(a)(3)).  Pursuant to Title 18 U.S.C. 922(g)(1), it is unlawful for any person who has been convicted of a felony offense to possess a firearm in or affecting interstate commerce.

9. Based upon the foregoing information, my training and experience, I submit this information supports probable cause to believe Decorie Deshaun Bates violated Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm, in that, on or about August 8, 2021, in the Southern District of Mississippi, the defendant, Decorie Deshaun Bates, a convicted felon, knowingly possessed a firearm in and affecting interstate commerce.

_____
Adam Gibbons
Task Force Agent
Drug Enforcement Administration

Sworn and subscribed before me this 10TH day of August, 2021.

_____
United States Magistrate Judge