IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:21cr87-LG-RPM-001

DECORIE DESHUN BATES

## NOTICE OF APPEAL

Notice is hereby given that Decorie Deshun Bates, does hereby appeal to the United States Court of Appeals for the Fifth Circuit the Court's Judgment in a Criminal Case and Sentencing Order dated the 26th day of April 2022.

Respectfully submitted this the 27th day of April 2022.

DECORIE DESHUN BATES, Defendant

By:  */s/Ellen M. Allred*
Ellen M. Allred (MB #99418)
Assistant Federal Public Defender
Southern District of Mississippi
2510 14th Street, Suite 902
Gulfport, MS 39501
Phone: (228) 865-1202
Fax: (228) 867-1907
E-mail: ellen_allred@fd.org
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I, Ellen M. Allred, do herby certify that I have this day filed a Notice of Appeal with the Clerk of the Court which sent notification using the ECF system to all parties of record.

**SO CERTIFIED**, this the 27th day of April 2022.

> */s/Ellen M. Allred*
> Ellen M. Allred
> Assistant Federal Public Defender